**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ellen Schafroth and
Beverly Wilson and David Wilson,

Plaintiffs,

vs.

St. Louis County, Minnesota,
and Ron Hohman, Jerry Cuffe,
Jason Ackerson, Tim Peterson,
Joseph Zebro, Bernard Mettler,
Michael Scott, and Randall Lehman,

Defendants.

Case No: 01-CV-824 RLE

**ORDER TO AMEND COMPLAINT AND TO FILE THIRD-PARTY COMPLAINT**

---

Based upon the parties' stipulation to amend Plaintiffs' Complaint to add the City of Grand Rapids as a Defendant and to allow Defendants St. Louis County, Minnesota, Ron Hohman, Jerry Cuffe, Jason Ackerson, Tim Peterson, Joseph Zebro, Bernard Mettler, Michael Scott, and Randall Lehman to file a Third-Party Complaint to add Myles Reif Performing Arts Center and David Marty as Third-Party Defendants,

**IT IS HEREBY ORDERED:**

1. That the parties' informal motion to allow Plaintiffs to Amend their Complaint to add the City of Grand Rapids as a Defendant and to allow Defendants St. Louis County, Minnesota, Ron Hohman, Jerry Cuffe, Jason Ackerson, Tim Peterson, Joseph Zebro, Bernard Mettler, Michael Scott, and Randall Lehman to file a Third-Party Complaint to include Myles Reif Performing Arts Center and David Marty as Third-Party Defendants is **GRANTED**.

FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JH

2. Plaintiffs are directed to file their Amended Complaint, in the same format as attached to the Stipulation, with the Clerk of Court within 10 days of the date of this Order.

3. Defendants are directed to file their Third-Party Complaint, in the same format as attached to the Stipulation, with the Clerk of Court within 10 days of the date of this Order.

BY THE COURT:

Dated: 8/30/01

Raymond L. Erickson
Honorable Raymond L. Erickson
U.S. Magistrate Judge