UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No: 01-824 (RLE)

Ellen Schafroth and
Beverly Wilson and David Wilson,

Plaintiffs,

vs.

St. Louis County, Minnesota,
and Ron Hohman, Jerry Cuffe,
Jason Ackerson, Tim Peterson,
Joseph Zebro, Bernard Mettler,
Michael Scott, Randall Lehman
and City of Grand Rapids, Minnesota,

Defendants.

---

**WAIVER OF SERVICE OF SUMMONS**

---

TO: PLAINTIFFS ABOVE NAMED AND THEIR ATTORNEY, JOHN D. UNDEM, 521 NORTH POKEGAMA AVENUE, PO BOX 428, GRAND RAPIDS MN 55744.

I acknowledge receipt of your request that I, as attorney for the City of Grand Rapids, waive service of a summons in the action entitled *Ellen Schafroth and Beverly Wilson and David Wilson v. St. Louis County, Minnesota, and Ron Hohman, Jerry Cuffe, Jason Ackerson, Tim Peterson, Joseph Zebro, Bernard Mettler, Michael Scott, Randall Lehman and City of Grand Rapids, Minnesota*, which is Case Number 01-CV-824 RLE in the United States District Court for the District of Minnesota. I have also received a copy of the Second Amended Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to the City of Grand Rapids.

I agree to save the cost of service of a Summons and an additional copy of the Second Amended Complaint in this lawsuit by not requiring that the City of Grand Rapids be served with judicial process in the manner provided by Rule 4.

The City of Grand Rapids will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.



11

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

I understand that a judgment may be entered against the City of Grand Rapids if an answer or motion under Rule 12 is not served upon you within 60 days after August 31, 2001, or within 90 days after that date if the request was sent outside the United States.

Dated: August 5, 2001

IVERSON REUVERS, LLC

By ______________________
Jason Kubouskek
Attorney for the City of Grand Rapids
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint be unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# UNDEM LAW OFFICE

521 NORTH POKEGAMA AVENUE
POST OFFICE BOX 428
GRAND RAPIDS, MINNESOTA 55744
Telephone: 218/326-0321
Facsimile: 218/326-0248
undemlaw@uslink.net

***Attorneys at Law***
JOHN D. UNDEM
LORI J. FLOHAUG

***Office Manager***
SUSAN A. MAKI

***Legal Assistant***
DEBRA L. SOLEM
KATHIE J. MONNENS


September 7, 2001

Clerk of Court
UNITED STATES DISTRICT COURT
District of Minnesota
U.S. Courthouse
515 West First Street
Duluth, MN 55805

Re: ***Ellen Schafroth, et al v. St. Louis County, et al***
***United States District Court File Number: 01-CV-824 RLE***

Dear Sir/Madam:

Enclosed for filing is the original Waiver of Service of Summons executed by Jason Kuboushek as Attorney for the City of Grand Rapids.

If you have any questions or concerns, please feel free to contact me.

Yours very truly,

Debra L. Solem
Legal Assistant

/dls

Enclosure