UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

NOTICE OF RULE 16 PRETRIAL/STATUS CONFERENCE

* * * * * * * * * * * * * * * * * *

Nikki Miskovich and Robert
Zuehlke, Jr.,

Plaintiffs,

vs.

Independent School District
318; Itasca County, Minnesota;
St. Louis County, Minnesota;
City of Grand Rapids, Minnesota;
Myles Reif Performing Arts Center;
David Marty; Ron Hohman; Jerry
Cuffe; Jason Akerson; Tim
Peterson; Joseph Zebro; Bernard
Mettler; Michael Scott; and
Randall Lehman,

Defendants. Civ. No. 00-1944 (RLE)

* * * * * * * * * * * * * * * * * * *

Ellen Schafroth; Beverly
Wilson and David Wilson,

Plaintiffs,

vs.

City of Grand Rapids,

Defendant,

and

St. Louis County, Minnesota;
Ron Hohman; Jerry Cuffe; Jason
Akerson; Tim Peterson; Joseph

FILED SEP 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Zebro; Bernard Mettler; Michael
Scott; and Randall Lehman,

Defendants and
Third-Party
Plaintiffs,

vs.

Myles Reif Performing Arts Center,
and David Marty,

Third-Party
Defendants. Civ. No. 01-824 (RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of September, 2002.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is scheduled for **Thursday, October 3, 2002, at 9:00 a.m.**, before Magistrate Judge Raymond L. Erickson. This Status Conference may be conducted by phone, and the Court would ask counsel to make the necessary arrangements.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE